# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jeremy Fassina<br>DOB: xx/xx/xxxx<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 15, 2011__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Michael F. Fanone, Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/16/2011

*Judge's signature*

City and state: Washington, D.C.   Alan Kay, Magistrate Judge
*Printed name and title*