AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Michael F. Fanone, being duly sworn, do swear and depose as follows:

I am a sworn member of the Metropolitan Police Department (MPD) and have been an officer with MPD since 2003. I am now assigned to the First District. I have been investigating narcotic use and sales for the past five years in Patrol, Vice, and with the First District Street Crimes Team. I have participated in more than 1000 drug-related arrests, which have led to successful prosecutions.

On October 15, 2011, I obtained a District of Columbia Superior Court warrant authorizing the search of penthouse apartment xxx located at xxx M Street, N.E. in the District of Columbia. The warrant authorized the search of the premises for among other items, unlawfully possessed controlled substances, drug paraphernalia, documents evidencing occupancy of the premises, and the proceeds of drug trafficking. I participated in the execution of the warrant on October 15, 2011. At the time the warrant was executed, the lessor of the premises, JEREMY FASSINA , dob: x/xx/xx, was hospitalized as the result of an incident involving an alleged assault by his roommate, Ray Miner.  Miner has been charged with simple assault and the case against him is pending in the Superior Court.

The lease agreement for the premises reflects that JEREMY FASSINA, is the sole lessor of the premises and that he has rented the apartment since February 2011. During the search, police officers recovered from a safe that contained personal papers belonging to JEREMY FASSINA three plastic bags containing a total amount of approximately 40 grams including packaging of what I recognized to be methamphetamine in crystallized form along with a measuring spoon and a digital scale, both with crystal residue on them. Recovered from another safe in the apartment that also contained documents associated with JEREMY FASSINA was $7,396. The currency was for the most part in demoninations ranging for $10 to $50 bills, amounts typically associated with drug transactions.

Based on my training and experience investigating narcotics offenses, including the unlawful possession and trafficking of methamphetamine, the approximate value of the methamphetamine recovered from FASSINA's apartment would be $5,000 if sold in wholesale quantities to another dealer. The retail, or street level, value if it were sold to users would be two to three times that amount.

      In light of the above facts, I submit that JEREMY FASSINA unlawfully possessed with intent to distribute methamphetamine in violation of 21 U.S.C. 841(a), and respectfully request that a warrant issue for his arrest.

                                            MICHAEL F. FANONE
                                            Officer, Metropolitan Police Department

Sworn and subscribed to before me this         day of November 2011

                                            ALAN KAY
                                            United States Magistrate Judge